IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARIEM HOUSTON, | : | Civil No. 3:22-cv-1779 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| ATARI FELTON, MICHAEL OTT, CLAUDE MEASE, TINA LITZ, | : | |
| Defendants | : | |

**FILED SCRANTON**
MAY 16 2023
PER _____
DEPUTY CLERK

### ORDER

AND NOW, this 15th day of May, 2023, upon consideration of Defendants' motion (Doc. 19) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 19) is **GRANTED**. The complaint (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge