IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIEM HOUSTON, | Civil No. 3:22-cv-1779 |
| Plaintiff | (Judge Mariani) |
| v. | |
| ATARI FELTON, MICHAEL OTT, CLAUDE MEASE, TINA LITZ, | |
| Defendants | |

FILED
SCRANTON
MAY 17 2023
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 17th day of May, 2023, upon consideration of Plaintiff's motion (Doc. 25) for extension of time to file a brief in opposition to Defendants' motion to dismiss, and it being clear that Plaintiff previously filed an opposition brief (*see* Doc. 21), and upon further consideration of Plaintiff's motion (Doc. 27) for judgment on the pleadings, and because this action has been closed, **IT IS HEREBY ORDERED THAT** Plaintiff's motions (Docs. 25, 27) are **DISMISSED** as moot.

Robert D. Mariani
United States District Judge